In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00385-CV**
_____

**GEORGE EARL DANNER, Appellant**

**V.**

**KATHRYN M. DANNER, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-03-04143-CV**

**ORDER**

On March 27, 2019, we ordered the appellant, George Earl Danner, to post additional security of $403,000 to supersede the trial court's judgment and suspended the parties' rights to enforce the trial court's judgment for twenty days from that date. *See* Tex. R. App. P. 24.4(e). On April 8, 2019, the appellant filed a motion for an extension of time of ten days to obtain and post the additional security. We grant the motion. We suspend the parties' rights to enforce the trial court's

1

judgment for an additional ten days, through April 26, 2019, so that the appellant has time to post the additional security needed to supersede the trial court's judgment.

ORDER ENTERED April 9, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.